

**BARRON & NEWBURGER, PC**

**Arthur Sanders**
*Attorney*

Office 845-499-2990 | E-Mail: asanders@bn-lawyers.com

March 16, 2022

Hon. Ronnie Abrams
U.S. District Court
40 Foley Square
New York, NY  10007

RE:   Layne-Williams v. F.H. Cann & Associates, Inc.
       22-CV-337

Dear Judge Abrams:

Please be advised that this office represents the defendant F.H. Cann & Associates, Inc. This letter is written to request an adjournment of the Initial Court Conference currently scheduled for April 8, 2022, at 2:45 p.m.

I will be out of town in Austin, Texas, attending a business conference on April 8th and will not be available for the Court conference. I have consulted with plaintiff's counsel regarding an agreeable adjourned date and we have agreed on the possible dates of April 12th, April 13th or April 15th for the Initial Conference.

This is a first request to adjourn the Initial Conference and is made with the consent of plaintiff's counsel.

Thank you for your consideration.

Sincerely,

BARRON & NEWBURGER, P.C.

_____
By:  Arthur Sanders

as/ctw

Application granted. The initial conference is rescheduled to April 12, 2022 at 11:00 a.m. The dial-in information remains the same. The parties' joint letter and proposed case management plan, as described in the Court's Order and Notice of Initial Conference, shall be submitted by April 5, 2022.

SO ORDERED.

_____
Hon. Ronnie Abrams
March 17, 2022