**USDC-SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC#:**
**DATE FILED:** 04/06/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATRICIA LAYNE-WILLIAMS,

                              Plaintiff,

        v.

F.H. CANN & ASSOCIATES
INC.,

                              Defendant.

No.  22-CV-0337 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

        Due to a scheduling conflict, the initial conference in this case is rescheduled to April 13, 2022

at 10:00 a.m.  The dial-in information remains the same as that previously published on the docket.

SO ORDERED.

Dated:     April 6, 2022
           New York, New York

_____
Ronnie Abrams
United States District Judge